**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00437-CV

**ROSEMARY BENSON ROJAS, Appellant**

**V.**

**DOROTHY BENSON PARKER, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV13 00084-V-292nd**

## ORDER

Appellant has not paid the $175 filing fee for the appeal. We have also received correspondence from the Dallas County District Clerk's Office stating that appellant has not paid for the clerk's record. We have the trial court's order denying appellant's affidavit of indigence.

Accordingly, we **ORDER** appellant to pay the $175 filing fee for the appeal by **JULY 29, 2013**. If appellant does not pay the filing fee by the date specified, we will, without further notice, dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

We **ORDER** the Dallas County District Clerk to file, by **AUGUST 5, 2013**, either the clerk's record or written verification that appellant has not made payment arrangements for the clerk's record. *We notify appellant that if we receive verification of non-payment, we will, without further notice, dismiss the appeal for want of prosecution. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division; and Rosemary Benson Rojas, at rosemarybenson43@gmail.com.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Dorothy Benson Parker, 2963 Marideen Avenue, Dallas, Texas 75233.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE